## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| PIERRE MICHAEL GERGIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0553 |
| | ) | Judge Trauger |
| DISTRICT DIRECTOR, USCIS MEMPHIS, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

## O R D E R

On December 15, 2009, the Magistrate Judge issued a Report and Recommendation

(Docket No. 17), to which no timely objections have been filed.  The Report and

Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law

of this court.  For the reasons expressed therein, it is hereby **ORDERED** that the Defendants'

Motion to Dismiss (Docket No. 12) is **GRANTED**, and this case is **DISMISSED WITH**

**PREJUDICE AS MOOT**.

It is so **ORDERED**.

ENTER this 19th day of January 2010.

_____

ALETA A. TRAUGER
U.S. District Judge